October 15, 1965

Beckson Unemployment Compensation Case.

Argued September 14, 1965. *Lucian F. Pazulski,* with him *Mullen and Pazulski,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.